IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
    Plaintiff,

v.           No. 3:16-cr-30020-DRH-4

JOHN WEIS,
    Defendant.

## ORDER

**HERNDON, District Judge:**

Before the Court is the Government's Motion to Dismiss with Prejudice Counts 1 and 4 of the Superseding Indictment pending against defendant John Weis (Doc. 285). Based on the agreement reached between parties, the Court **GRANTS** the Motion to Dismiss (Doc. 285).

**IT IS SO ORDERED**.

Signed this 28th day of June, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.06.28 11:45:48 -05'00'

UNITED STATES DISTRICT JUDGE